# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO NAVY BROADWAY COMPLEX COALITION,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>U.S. DEPARTMENT OF DEFENSE, et al.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 07cv38-JM (WMc)<br><br>ORDER |

On April 9, 2007, defendants filed an *ex parte* motion for modification (Docket No. 13) of this Court's order setting an Early Neutral Evaluation Conference (Docket No. 12). On or about April 16, 2007, counsel for defendants notified the Court that the scheduling conflict referenced in the *ex parte* motion no longer existed. Therefore, defendants' *ex parte* motion is DENIED as moot. However, on the Court's own motion, based upon the record of the case, the Early Neutral Evaluation Conference currently scheduled for April 30, 2007, at 10:30 a.m. will be held **telephonically. All counsel of record are required to participate. Parties may participate but participation is not mandatory. Counsel for defendant is instructed to initiate the call first by telephoning opposing counsel and then telephoning the Court at 619-557-6624.**

　　　IT IS SO ORDERED.

DATED: April 17, 2007

　　　　　　　　　　　　　　　　　　　　　　　_W McCurine Jr._
　　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court

1  cc: Honorable Jeffrey Miller
       U.S. District Judge
2
   All Counsel and Parties of Record
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28