MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EVANS v. COUNTY OF SAN DIEGO                     Case No. 06cv0877 JM(RBB)
                                                 **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

Attorneys

Plaintiffs                                       Defendants

PROCEEDINGS:      ____ In Chambers      ____ In Court      ____ Telephonic

Defendants have filed a Motion to Dismiss or to Require a More Definite Statement [doc. no. 28]. Plaintiff filed an Opposition [doc. no. 36], and Defendants filed a Reply [doc. no. 37].

The Court has reviewed the papers and concludes that the Motion is suitable for resolution on the briefs, pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the Motion hearing set for July 2, 2007, at 10:00 a.m. is vacated. The Court will issue a report and recommendation.

Because the Motion is submitted on the papers, Plaintiff's Request for Court Order/Directive for Telephonic Appearance [doc. no. 34] is denied as moot.

DATE: June 27, 2007           IT IS SO ORDERED:    *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc: Judge Miller                              INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\1983\PRISONER\EVANS0877\MINUTE02.wpd