# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO NAVY BROADWAY COMPLEX COALITION,<br><br>  Plaintiff,<br><br>  vs.<br><br>U.S. DEPARTMENT OF DEFENSE; ROBERT M. GATES, in his official capacity as Secretary of the U.S. Department of Defense; U.S. DEPARTMENT OF THE NAVY; RAYMOND E. MABUS, JR, in his official capacity as Secretary of the U.S. Department of the Navy; NAVAL FACILITIES ENGINEERING COMMAND; W. GREG SHEAR, JR., in his official capacity as Commander of the Naval Facilities Engineering Command; NAVAL FACILITIES ENGINEERING COMMAND SOUTHWEST; S. KEITH HAMILTON, in his official capacity as Commander of the Naval Facilities Engineering Command Southwest; and, MANCHESTER PACIFIC GATEWAY LLC,<br><br>  Defendants. | CASE NO. 07 CV 0038 JM (WMc)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL [DOCKET NO. 64]** |

**THIS MATTER** having come before the Court on the parties' Stipulation and Joint Motion for Dismissal dated August 13, 2009, and the Court being fully advised in the premises,

**IT IS ORDERED AND ADJUDGED** that the above-captioned action is dismissed without prejudice as moot, except with respect to any challenge to the adequacy of the Federal

1 Defendants' compliance with notice and/or public participation requirements, which are
2 dismissed with prejudice.

DATED: August 13, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge