UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO NAVY BROADWAY COMPLEX COALITION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. DEPARTMENT OF DEFENSE; ROBERT M. GATES, in his official capacity as Secretary of the U.S. Department of Defense; U.S. DEPARTMENT OF THE NAVY; RAYMOND E. MABUS, JR, in his official capacity as Secretary of the U.S. Department of the Navy; NAVAL FACILITIES ENGINEERING COMMAND; W. GREG SHEAR, JR., in his official capacity as Commander of the Naval Facilities Engineering Command; NAVAL FACILITIES ENGINEERING COMMAND SOUTHWEST; S. KEITH HAMILTON, in his official capacity as Commander of the Naval Facilities Engineering Command Southwest;<br><br>　　　　Defendants. | CASE NO. 07 CV 0038 JM (WMc)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND HEARING AND BRIEFING RELATING TO PLAINTIFF'S APPLICATION FOR AWARD OF ATTORNEY FEES AND COSTS** |

　　　Based upon the foregoing Joint Motion to Extend Hearing and Briefing Relating to Plaintiff's Application for Award of Attorney Fees and Costs and good cause appearing therefor, IT IS HEREBY ORDERED that the Joint Motion is APPROVED, and that:

　　　the hearing date on this matter is extended to April 2, 2010; and,

　　　Plaintiff's reply to Defendants' opposition is due on or before fourteen (14) days prior to said hearing.

DATED: January 19, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge