UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO NAVY BROADWAY COMPLEX COALITION,<br><br>     Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF DEFENSE; ROBERT M. GATES, in his official capacity as Secretary of the U.S. Department of Defense; U.S. DEPARTMENT OF THE NAVY; RAYMOND E. MABUS, JR., in his official capacity as Secretary of the U.S. Department of the Navy; NAVAL FACILITIES ENGINEERING COMMAND; W. GREG SHEAR, JR., in his official capacity as Commander of the Naval Facilities Engineering Command; NAVAL FACILITIES ENGINEERING COMMAND SOUTHWEST; MICHAEL A. GIORGIONE, in his official capacity as Commander of the Naval Facilities Engineering Command Southwest; and MANCHESTER PACIFIC GATEWAY LLC,<br><br>     Defendants. | CASE NO. 07-CV-0038JM(WMc)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND HEARING AND BRIEFING DATES ON PLAINTIFF'S FEE MOTION**<br><br>Action Filed: January 4, 2007<br>Judge:           Jeffrey T. Miller |

The Court having considered the joint motion of Plaintiff San Diego Navy Broadway Complex Coalition and Federal Defendants U.S. Department of Defense *et al.*, to extend the hearing date, as well as the date Plaintiff's reply brief is due, relating to the Plaintiff's Application for Award of Attorney Fees and Other Expenses pursuant to the Equal Access to Justice Act ("Application") 28 U.S.C. § 2412 ("EAJA") (Docket Entry 66).

1  IT IS NOW ORDERED THAT Plaintiff's reply brief shall be filed and served no later than July 9, 2010, and that the hearing on the motion shall take place on *July 16, 2010, at 1:30 p.m.*

DATED: April 1, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge